

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2014

No. 04-14-00033-CV

Osbaldo A. **SAENZ** Jr.,
Appellant

v.

Osbaldo A. **SAENZ** Sr. and Maria Estela G. Saenz Trust through their Trustee Esther A.S.
Salmon, Estela Tijerina, and the Estate of Alfredo Garza Tijerina, Deceased,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-11-242
Honorable Ana Lisa Garza, Judge Presiding

# O R D E R

Appellant's reply brief is due on September 18, 2014. *See* TEX. R. APP. P. 38.6(c). On September 8, 2014, Appellant filed an opposed first motion for an extension of time to file the reply brief. Appellant's motion does not state how much additional time he is requesting. We construe his motion as a request for an additional ten days to file the reply brief.

Appellant's motion is GRANTED. Appellant's reply brief must be filed in this court no later than September 29, 2014. *See id.* R. 38.6(d). **NO FURTHER EXTENSIONS OF TIME TO FILE THE REPLY BRIEF WILL BE GRANTED.**

Appellant's reply brief may address any matter in Appellees' brief. *Id.* R. 38.3. The reply brief must provide "a clear and concise argument for the contentions made, with appropriate citations to authorities." *Id.* R. 38.1(i); *cf. Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.).

We caution Appellant that this court may consider and decide this appeal before Appellant files his reply brief. *See* TEX. R. APP. P. 38.3.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2014.



Keith E. Hottle
Clerk of Court